### George E. FULHORST (doing business as SAF–T–NET, USA), Plaintiff–Appellant,

v.

### TOYOTA MOTOR CORPORATION, Defendant–Appellee.

### No. 03–1299.

United States Court of Appeals, Federal Circuit.

DECIDED: Nov. 12, 2003.

Rehearing and Rehearing En Banc Denied Dec. 22, 2003.

Before MAYER, Chief Judge, CLEVENGER and GAJARSA, Circuit Judges.

Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and AD-JUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.